

| | | |
|---|---|---|
| CAAP–11–00 00770 | U.S. Bank Nat. Ass'n v. Holcomb | Affirmed |
| CAAP–13–00 00809 | Walter L. Arakaki, General Contractor, Inc. v. SCD-Olanani Corp. | Affirmed |

### August 12, 2014

| | | |
|---|---|---|
| CAAP–12–00 00845, CAAP–13–00 00592, CAAP–13–00 01150 | Eggs 'N Things Intern. Holdings PTE, Ltd. v. ENT Holdings LLC | Affirmed |
| CAAP–13–00 02084 | Tagupa v. VIPDesk | Affirmed |

### August 13, 2014

| | | |
|---|---|---|
| CAAP–13–00 02407 | Queen Emma Land Co. v. Amazonia Forest Corp. | Affirmed |

### August 21, 2014

| | | |
|---|---|---|
| CAAP–13–00 00828 | State v. Williams | Affirmed |

### August 22, 2014

| | | |
|---|---|---|
| CAAP–11–00 00660 | Great American Hotels and Resorts, Inc. v. Cabral | Affirmed |
| CAAP–12–00 00793 | J.F. v. J.F. | Affirmed |
| CAAP–13–00 02428 | State v. Awana | Affirmed |
| CAAP–12–00 00036 | U.S. Bank Nat. Ass'n v. Association of Apartment Owners of Makaha Valley Plantation | Vacated and Remanded |